IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| ROBERT R. BINION, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | CASE NO. 2:24-cv-00213-RAH |
| | ) | |
| CITY OF CLANTON, *et al.*, | ) | |
| | ) | |
| Defendants. | ) | |

**ORDER**

On January 17, 2025, the Magistrate Judge filed a Recommendation (doc. 18) to which no timely objections have been filed.  The Magistrate Judge recommends that the Defendants' *Motion to Dismiss* (doc. 6) be granted for lack of standing and subject matter jurisdiction but denied as moot in all other respects and that Plaintiff's Complaint (doc. 1) be dismissed without prejudice.  (Doc. 18 at 11.)  Upon an independent review of the file and upon consideration of the Recommendation, it is

**ORDERED** as follows:

1.  The Recommendation (doc. 18) is **ADOPTED**.

2.  The  Defendants' *Motion to* Dismiss (doc. 6) is **GRANTED** for lack of standing and subject matter jurisdiction but **DENIED as moot** in all other respects.

3.  The Plaintiff's Complaint (doc. 1) is **DISMISSED without prejudice**.

DONE, on this the 6th day of February 2025.

R. AUSTIN HUFFAKER, JR.
UNITED STATES DISTRICT JUDGE